**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 18-23918-JAD** |
| **Jason Dixon and** | : | |
| **Richard Dixon,** | : | **Chapter 13** |
|     **Debtors** | : | |
| | : | **Related to Doc. No. 79** |
| **Richard Dixon,** | : | |
| **S. S. No. xxx-xx- 3899** | : | |
|     **Movant** | : | |
| | : | |
|     **v.** | : | |
| **Ruby's Dry Cleaners** | : | |
|     **Respondent** | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the November 6, 2019, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: November 6, 2019          /s/ Sharla Munroe
                                                       Sharla Munroe, Paralegal
                                                       McElrath Legal Holdings, LLC
                                                       1641 Saw Mill Run Blvd.
                                                       Pittsburgh, PA 15210
                                                       Tel: 412.765.3606
                                                       Fax: 412.765.1917

Service by NEF

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Jason & Richard Dixon
1730 Walnut Street
Heidelberg, PA 15106

Ruby's Dry Cleaners
Attn: Payroll Manager
300 Mt. Lebanon Blvd
Mt. Lebanon, PA 15234