**DEFAULT O/E JAD**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jason Dixon<br>           Richard Dixon<br><br>                              Debtor(s) | |
| XCL Titling Trust, LLC<br>                              Movant<br>                v.<br>Jason Dixon<br>Richard Dixon<br>                              Respondents<br>                and<br>Ronda J. Winnecour, Trustee<br>                              Additional Respondent | BK. NO. 18-23918 JAD<br><br>CHAPTER 13<br><br>Doc. # 75 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, XCL Titling Trust, LLC, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, lease, or otherwise dispose of the 2016 Ford Focus - VIN: 1FADP3F27GL280604 in a commercially reasonable manner.

Signed this ___6th___ day of ___November___, 2019.

In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

_____ jsf
United States Bankruptcy Judge
Jeffery A. Deller

Jason Dixon
1730 Walnut Steet
Hiedelberg, PA 15106

Richard Dixon
1730 Walnut Steet
Hiedelberg, PA 15106

Paul W. McElrath, Jr. Esq.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
ecf@mcelrathlaw.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason Dixon  
Richard Dixon  
    Debtors

Case No. 18-23918-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Nov 06, 2019  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
db/jdb       +Jason Dixon,   Richard Dixon,   1730 Walnut Steet,   Hiedelberg, PA 15106-4037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    XCL Titling Trust, LLC bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Heidelberg jhunt@grblaw.com, cnoroski@grblaw.com  
        Jerome B. Blank    on behalf of Creditor    LOANDEPOT.COM, LLC pawb@fedphe.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Richard Dixon ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
        Paul W. McElrath, Jr.    on behalf of Debtor Jason Dixon ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Thomas Song    on behalf of Creditor    LOANDEPOT.COM, LLC pawb@fedphe.com  
                                                                                              TOTAL: 9