Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason Dixon
Richard Dixon**
  Debtor(s)

Bankruptcy Case No.: 18–23918–JAD

Chapter: 13
Docket No.: 85 – 84
Concil. Conf.: February 20, 2020 at 10:00 AM

## ORDER

  **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

  **IT IS HEREBY ORDERED** that, on or before **December 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

  1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

## OR

  2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

  **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

  On or before **January 14, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

  On **February 20, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

  This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 15, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 18-23918-JAD
Jason Dixon                                                      Chapter 13
Richard Dixon
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: jfur                    Page 1 of 3               Date Rcvd: Nov 15, 2019
                               Form ID: 410                  Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db/jdb         +Jason Dixon,    Richard Dixon,    1730 Walnut Steet,    Hiedelberg, PA 15106-4037
cr             +Borough of Heidelberg,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +XChange Leasing,    6400 Main Street,    Amherst, NY 14221-5858
14947216      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14970644       +Bank of Missouri,    c/o Total Card Inc.,    2700 S. Lorraine Pl.,    Sioux Falls, SD 57106-3657
14947213       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14947215       +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14972952       +Borough of Heidelberg,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14947217       +Borough of Heidelberg,    C/O Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14926199       +Borough of Heidleberg,    Goehring, Rutter & Boehm,    437 Grant Street 14th FL,
                 Pittsburgh, PA 15219-6107
14947226      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas,    P.O. Box 117,    Columbus, OH 43216)
14947221       +Carhop Finance,    5900 Green Oak Dr Ste 10,    Minnetonka, MN 55343-4708
14947222       +Ccs/bryant State Bank,    500 E. 60th Street North,    Sioux Falls, SD 57104-0478
14947223       +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14947224       +Citizens Bank,    443 Jefferson Blvd,    Warwick, RI 02886-1321
14947225       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14947229       +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
14947231       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14947238      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,    5501 S Broadband Ln,    Sioux Falls, SD 57108)
14926203       +Fair,    PO Box 20140,    Phoenix, AZ 85036-0140
14947236       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14947237       +Fncc,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14947240       +La Roche College,    9000 Babcock Blvd,    Pittsburgh, PA 15237-5898
14926205       +Loan Depot.com LLC,    Cenlar FSB BK Dept,    425 Philips Blvd,    Ewing, NJ 08618-1430
14947246       +Speedway/ssa,    539 S Main Room 3660,    Findlay, OH 45840-3229
14947251       +Tbom/total Crd,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
14926208       +Total Card Inc./Mid america B&T,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
14947256       +XChange Leasing,    6400 Main Street,    Buffalo, NY 14221-5858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Nov 16 2019 03:26:23      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14968631        E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2019 03:24:58      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14947210       +E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2019 03:24:58      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14926197        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 03:34:15
                 American Info Source Lp/Directv,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14926198        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 03:34:15
                 American Info Source Lp/Verizon,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14954966       +E-mail/Text: bnc@atlasacq.com Nov 16 2019 03:25:01      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14926200        E-mail/Text: bankruptcy@bbandt.com Nov 16 2019 03:25:08      Branch Banking & Trust,
                 PO Box 1847,    Wilson, NC 27894
14929194       +E-mail/Text: bankruptcy@bbandt.com Nov 16 2019 03:25:08      BB&T, bankruptcy section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14947220        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 03:32:56       Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14947227       +E-mail/Text: documentfiling@lciinc.com Nov 16 2019 03:24:55      Comcast Cable Communications,
                 One Comcast Center,    Philadelphia, PA 19103-2833
14947228       +E-mail/Text: bankruptcy@consumerportfolio.com Nov 16 2019 03:25:53      Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
14947230       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 03:33:00       Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14947232       +E-mail/Text: kburkley@bernsteinlaw.com Nov 16 2019 03:26:22      Duquense Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,    707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
14926202       +E-mail/Text: kburkley@bernsteinlaw.com Nov 16 2019 03:26:23      Duquesne Light Company,
                 Bernstein Law Firm, P.C.,    707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14947235      ++E-mail/Text: bankruptcy@sccompanies.com Nov 16 2019 03:24:49      Figis Co Inc,    Po Box 7713,
                 Marshfield, WI 54449-7713
14926204       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 16 2019 03:25:54      KeyBank N.A.,
                 4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
14947242        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 03:33:06       LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2          User: jfur                  Page 2 of 3                   Date Rcvd: Nov 15, 2019
                              Form ID: 410                Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14940123        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 03:33:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14926206       +E-mail/Text: bankruptcy@sccompanies.com Nov 16 2019 03:26:37      Montgomery Ward,
                 c/o Bankrutcy Dept,    PO Box 800849,    Dallas, TX 75380-0849
14947244       +E-mail/Text: csc.bankruptcy@amwater.com Nov 16 2019 03:26:31      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
14927632       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:31:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14947245       +E-mail/Text: blegal@phfa.org Nov 16 2019 03:25:42      Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
14926207       +E-mail/Text: csc.bankruptcy@amwater.com Nov 16 2019 03:26:31      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
14945806       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2019 03:25:57      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14947247       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 03:31:35      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14947248       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 03:32:46      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14947249       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 03:32:48      Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
14947250       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 03:32:46      Syncb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
14947253       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2019 03:24:53
                 Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
14958067        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 03:33:06       Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
14947254       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2019 03:24:53
                 Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
14947255       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 16 2019 03:26:11      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LOANDEPOT.COM, LLC
cr              XCL Titling Trust, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14947211*       American Info Source Lp/Directv,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14947212*       American Info Source Lp/Verizon,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14947219*      ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
                (address filed with court:    Branch Banking & Trust,    PO Box 1847,    Wilson, NC 27894)
14947214*      +BB&T, bankruptcy section,    100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14947218*      +Borough of Heidleberg,    Goehring, Rutter & Boehm,    437 Grant Street 14th FL,
                 Pittsburgh, PA 15219-6107
14926201*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:    Columbia Gas of Pennsylvania,    P.O. Box 117,    Columbus, OH 43216)
14947233*      +Duquesne Light Company,    Bernstein Law Firm, P.C.,    707 Grant St. Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
14947234*      +Fair,    PO Box 20140,    Phoenix, AZ 85036-0140
14947239*      +KeyBank N.A.,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14947241*      +Loan Depot.com LLC,    Cenlar FSB BK Dept,    425 Philips Blvd,    Ewing, NJ 08618-1430
14947243*      +Montgomery Ward,    c/o Bankrutcy Dept,    PO Box 800849,    Dallas, TX 75380-0849
14947252*      +Total Card Inc./Mid america B&T,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
                                                                                             TOTALS: 2, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: jfur                    Page 3 of 3                  Date Rcvd: Nov 15, 2019
                                  Form ID: 410                  Total Noticed: 60
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    XCL Titling Trust, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Heidelberg jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    LOANDEPOT.COM, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Jason  Dixon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Richard  Dixon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    LOANDEPOT.COM, LLC pawb@fedphe.com
                                                                                             TOTAL: 9
```