**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jason Dixon** | : | Case No. 18–23918–JAD |
| **Richard Dixon** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 84 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      **AND NOW,** this ***The 10th of February, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23918-JAD
Jason Dixon                                                               Chapter 13
Richard Dixon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dbas              Page 1 of 3            Date Rcvd: Feb 10, 2020
                               Form ID: 309            Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
db/jdb          +Jason Dixon,   Richard Dixon,   1730 Walnut Steet,   Hiedelberg, PA 15106-4037
cr              +Borough of Heidelberg,   Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr              +XChange Leasing,   6400 Main Street,   Amherst, NY 14221-5858
14970644        +Bank of Missouri,   c/o Total Card Inc.,   2700 S. Lorraine Pl.,   Sioux Falls, SD 57106-3657
14947215        +Bby/cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
14972952        +Borough of Heidelberg,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14947217        +Borough of Heidelberg,   C/O Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14926199        +Borough of Heidleberg,   Goehring, Rutter & Boehm,   437 Grant Street 14th FL,
                 Pittsburgh, PA 15219-6107
14947226       ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas,   P.O. Box 117,   Columbus, OH 43216)
14947221        +Carhop Finance,   5900 Green Oak Dr Ste 10,   Minnetonka, MN 55343-4708
14947222        +Ccs/bryant State Bank,   500 E. 60th Street North,   Sioux Falls, SD 57104-0478
14947223        +Ccs/first National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
14947224        +Citizens Bank,   443 Jefferson Blvd,   Warwick, RI 02886-1321
14947225        +Citizens Bank N.A.,   1 Citizens Drive Mailstop ROP15B,   Riverside, RI 02915-3026
14947238       ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
                 (address filed with court: Fsb Blaze,   5501 S Broadband Ln,   Sioux Falls, SD 57108)
14926203        +Fair,   PO Box 20140,   Phoenix, AZ 85036-0140
14947237        +Fncc,   500 E 60th St N,   Sioux Falls, SD 57104-0478
14947240        +La Roche College,   9000 Babcock Blvd,   Pittsburgh, PA 15237-5898
14926205        +Loan Depot.com LLC,   Cenlar FSB BK Dept,   425 Philips Blvd,   Ewing, NJ 08618-1430
14947246        +Speedway/ssa,   539 S Main Room 3660,   Findlay, OH 45840-3229
14947251        +Tbom/total Crd,   5109 S Broadband Ln,   Sioux Falls, SD 57108-2208
14926208        +Total Card Inc./Mid america B&T,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
14947256        +XChange Leasing,   6400 Main Street,   Buffalo, NY 14221-5858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: kburkley@bernsteinlaw.com Feb 11 2020 03:30:20     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14968631         EDI: GMACFS.COM Feb 11 2020 08:03:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
14947210        +EDI: GMACFS.COM Feb 11 2020 08:03:00     Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14926197         EDI: AIS.COM Feb 11 2020 08:03:00     American Info Source Lp/Directv,   Post Office Box 248848,
                 Oklahoma City, OK 73124-8848
14926198         EDI: AIS.COM Feb 11 2020 08:03:00     American Info Source Lp/Verizon,   Post Office Box 248848,
                 Oklahoma City, OK 73124-8848
14954966        +EDI: ATLASACQU.COM Feb 11 2020 08:03:00     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
14947216         EDI: BANKAMER.COM Feb 11 2020 08:04:00     Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
14926200         E-mail/Text: bankruptcy@bbandt.com Feb 11 2020 03:29:23     Branch Banking & Trust,
                 PO Box 1847,   Wilson, NC 27894
14929194        +E-mail/Text: bankruptcy@bbandt.com Feb 11 2020 03:29:23     BB&T, bankruptcy section,
                 100-50-01-51,   P.O. Box 1847,   Wilson, NC 27894-1847
14947213        +EDI: TSYS2.COM Feb 11 2020 08:03:00     Barclays Bank Delaware,   Po Box 8803,
                 Wilmington, DE 19899-8803
14947220         EDI: CAPITALONE.COM Feb 11 2020 08:03:00     Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
14947227        +EDI: COMCASTCBLCENT Feb 11 2020 08:03:00     Comcast Cable Communications,   One Comcast Center,
                 Philadelphia, PA 19103-2833
14947228        +E-mail/Text: bankruptcy@consumerportfolio.com Feb 11 2020 03:29:56     Consumer Portfolio Svc,
                 Po Box 57071,   Irvine, CA 92619-7071
14947229        +EDI: CRFRSTNA.COM Feb 11 2020 08:03:00     Credit First N A,   6275 Eastland Rd,
                 Brookpark, OH 44142-1399
14947230        +E-mail/PDF: creditonebknotifications@resurgent.com Feb 11 2020 03:20:35     Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14947231        +EDI: TSYS2.COM Feb 11 2020 08:03:00     Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
14947232        +E-mail/Text: kburkley@bernsteinlaw.com Feb 11 2020 03:30:19     Duquense Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,   707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
14926202        +E-mail/Text: kburkley@bernsteinlaw.com Feb 11 2020 03:30:20     Duquesne Light Company,
                 Bernstein Law Firm, P.C.,   707 Grant St. Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1900
14947235        +EDI: CBSMASON Feb 11 2020 08:03:00     Figis Co Inc,   Po Box 7713,   Marshfield, WI 54449-7713
14947236        +EDI: AMINFOFP.COM Feb 11 2020 08:03:00     First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14926204        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 11 2020 03:29:58     KeyBank N.A.,
                 4910 Tiedeman Road,   Brooklyn, OH 44144-2338

```
District/off: 0315-2          User: dbas              Page 2 of 3              Date Rcvd: Feb 10, 2020
                              Form ID: 309             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14947242      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 03:21:11      LVNV Funding,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14940123      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 03:20:09
                LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14926206     +EDI: CBS7AVE Feb 11 2020 08:04:00      Montgomery Ward,   c/o Bankrutcy Dept,   PO Box 800849,
                Dallas, TX 75380-0849
14947244     +E-mail/Text: csc.bankruptcy@amwater.com Feb 11 2020 03:30:23      PA American Water,
                PO Box 578,   Alton, IL 62002-0578
14927632     +EDI: PRA.COM Feb 11 2020 08:03:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14947245     +E-mail/Text: blegal@phfa.org Feb 11 2020 03:29:47      Pa Housing Finance Age,
                2101 N. Front Street,   Harrisburg, PA 17110-1086
14926207     +E-mail/Text: csc.bankruptcy@amwater.com Feb 11 2020 03:30:23      Pennsylvania American Water,
                PO Box 578,   Alton, IL 62002-0578
14945806     +EDI: JEFFERSONCAP.COM Feb 11 2020 08:03:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14945806     +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 11 2020 03:30:02      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14947247     +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb/care Credit,   C/o Po Box 965036,
                Orlando, FL 32896-0001
14947248     +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14947249     +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb/lowes,   Po Box 956005,   Orlando, FL 32896-0001
14947250     +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb/paypal Smart Con,   Po Box 965005,
                Orlando, FL 32896-5005
14947253     +EDI: VERIZONCOMB.COM Feb 11 2020 08:03:00      Verizon,   PO Box 25505,
                Lehigh Valley, PA 18002-5505
14958067      EDI: AIS.COM Feb 11 2020 08:03:00      Verizon,   by American InfoSource as agent,
                PO Box 248838,   Oklahoma City, OK  73124-8838
14947254     +EDI: VERIZONCOMB.COM Feb 11 2020 08:03:00      Verizon Wireless,   Po Box 650051,
                Dallas, TX 75265-0051
14947255     +EDI: BLUESTEM Feb 11 2020 08:04:00      Webbank/fingerhut,   6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
                                                                                  TOTAL: 38


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            LOANDEPOT.COM, LLC
cr            XCL Titling Trust, LLC
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14947211*     American Info Source Lp/Directv,   Post Office Box 248848,   Oklahoma City, OK 73124-8848
14947212*     American Info Source Lp/Verizon,   Post Office Box 248848,   Oklahoma City, OK 73124-8848
14947219*    ++BB AND T,   PO BOX 1847,   WILSON NC 27894-1847
              (address filed with court: Branch Banking & Trust,   PO Box 1847,   Wilson, NC 27894)
14947214*    +BB&T, bankruptcy section,   100-50-01-51,   P.O. Box 1847,   Wilson, NC 27894-1847
14947218*    +Borough of Heidleberg,   Goehring, Rutter & Boehm,   437 Grant Street 14th FL,
                Pittsburgh, PA 15219-6107
14926201*    ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania,   P.O. Box 117,   Columbus, OH 43216)
14947233*    +Duquesne Light Company,   Bernstein Law Firm, P.C.,   707 Grant St. Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1900
14947234*    +Fair,   PO Box 20140,   Phoenix, AZ 85036-0140
14947239*    +KeyBank N.A.,   4910 Tiedeman Road,   Brooklyn, OH 44144-2338
14947241*    +Loan Depot.com LLC,   Cenlar FSB BK Dept,   425 Philips Blvd,   Ewing, NJ 08618-1430
14947243*    +Montgomery Ward,   c/o Bankrutcy Dept,   PO Box 800849,   Dallas, TX 75380-0849
14947252*    +Total Card Inc./Mid america B&T,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
                                                                          TOTALS: 2, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                            Signature:  /s/Joseph Speetjens

District/off: 0315-2         User: dbas            Page 3 of 3           Date Rcvd: Feb 10, 2020
                             Form ID: 309          Total Noticed: 60

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   XCL Titling Trust, LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Heidelberg jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jerome B. Blank   on behalf of Creditor   LOANDEPOT.COM, LLC pawb@fedphe.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Jason  Dixon ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.   on behalf of Joint Debtor Richard  Dixon ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Thomas  Song   on behalf of Creditor   LOANDEPOT.COM, LLC pawb@fedphe.com
                                                                              TOTAL: 9