**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JASON DIXON<br>RICHARD DIXON<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-23918 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 10/05/2018 and confirmed on 02/08/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,816.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,816.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 963.04 | |
| 　Trustee Fee | 276.66 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,239.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　LOANDEPOT.COM | 0.00 | 4,845.26 | 0.00 | 4,845.26 |
| 　　Acct: 3761 | | | | |
| 　LOANDEPOT.COM | 9,101.18 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3761 | | | | |
| 　BOROUGH OF HEIDELBERG (SWG) | 884.22 | 0.00 | 0.00 | 0.00 |
| 　　Acct: G100 | | | | |
| 　BOROUGH OF HEIDELBERG (SWG) | 400.06 | 0.00 | 0.00 | 0.00 |
| 　　Acct: G100 | | | | |
| 　FAIR | 731.04 | 731.04 | 0.00 | 731.04 |
| 　　Acct: | | | | |
| 　ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9265 | | | | |
| | | | | 5,576.30 |
| Priority | | | | |
| 　PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　JASON DIXON | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| 18-23918 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 3,100.00 | 963.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX-JAD | | | | |
| | ***NONE*** | | | |
| Unsecured | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIRE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 652.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4682 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5010 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8760 | | | | |
|   HEIDELBERG BOROUGH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 30.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6319 | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 234.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7319 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9312 | | | | |
|   CARHOP AUTO SALES AND FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7981 | | | | |
|   BRYANT STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9274 | | | | |
|   FIRST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5802 | | | | |
|   CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9624 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 2,292.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 9624 | | | | |
|   COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5275 | | | | |
|   CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1551 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 832.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 5123 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2450 | | | | |
|   DUQUESNE LIGHT COMPANY* | 810.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 0511 | | | | |
|   FAIR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8502 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLY FINANCIAL(*) | 6,207.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 9265 | | | | |

| 18-23918 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   FIGI'S | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4346 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C/ | 424.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 7380 | | | | |
|   FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4937 | | | | |
|   FSB BLAZE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4496 | | | | |
|   KEYBANK NA** | 997.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 5571 | | | | |
|   KEYBANK NA** | 1,313.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 1089 | | | | |
|   KEYBANK NA** | 191.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 2445 | | | | |
|   LA ROCHE COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4A37 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MONTGOMERY WARDS** | 236.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 6290 | | | | |
|   PA AMERICAN WATER(*) AKA AMERICAN | 932.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 8628 | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7906 | | | | |
|   SPEEDWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5943 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2436 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2706 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0350 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7461 | | | | |
|   TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3900 | | | | |
|   ATLAS ACQUISITIONS LLC ASSIGNEE OF | 425.28 | 0.00 | 0.00 | 0.00 |
|     Acct: 5301 | | | | |
|   ATLAS ACQUISITIONS LLC ASSIGNEE OF | 425.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 4670 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 1,557.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9026 | | | | |
|   XCHANGE LEASING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 271.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 685.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   BANK OF MISSOURI | 428.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 3603 | | | | |
|   BANK OF MISSOURI | 346.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 5935 | | | | |
|   BANK OF MISSOURI | 334.43 | 0.00 | 0.00 | 0.00 |
|     Acct: 5950 | | | | |
|   BANK OF MISSOURI | 443.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 3900 | | | | |
|   THOMAS SONG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23918 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | | | | | |
| | J WARD HOLLIDAY & ASSOC PC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 5,576.30 |
|---|---|---|

TOTAL CLAIMED
PRIORITY              0.00
SECURED          11,116.50
UNSECURED        20.073.94

Date: 03/09/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com