# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>JASON DIXON<br>RICHARD DIXON<br>　　　　Debtor(s) | Case No. 18-23918JAD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/05/2018.

2) The plan was confirmed on 02/08/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 04/22/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/14/2019.

5) The case was dismissed on 02/10/2020.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $21,105.62.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

  Total paid by or on behalf of the debtor  $6,816.00
  Less amount refunded to debtor  $0.00

**NET RECEIPTS:**  **$6,816.00**

**Expenses of Administration:**

  Attorney's Fees Paid Through the Plan  $963.04
  Court Costs  $0.00
  Trustee Expenses & Compensation  $276.66
  Other  $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**  **$1,239.70**

Attorney fees paid and disclosed by debtor:  $900.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL(*) | Unsecured | 0.00 | 6,207.77 | 6,207.77 | 0.00 | 0.00 |
| ALLY FINANCIAL(*) | Secured | 0.00 | 7,475.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC ASSIGNEE | Unsecured | 0.00 | 425.28 | 425.28 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC ASSIGNEE | Unsecured | 0.00 | 425.39 | 425.39 | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF MISSOURI | Unsecured | NA | 428.92 | 428.92 | 0.00 | 0.00 |
| BANK OF MISSOURI | Unsecured | NA | 346.40 | 346.40 | 0.00 | 0.00 |
| BANK OF MISSOURI | Unsecured | NA | 334.43 | 334.43 | 0.00 | 0.00 |
| BANK OF MISSOURI | Unsecured | NA | 443.23 | 443.23 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BBY/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BOROUGH OF HEIDELBERG (SWG) | Secured | 0.00 | 400.06 | 400.06 | 0.00 | 0.00 |
| BOROUGH OF HEIDELBERG (SWG) | Secured | 386.33 | 884.22 | 884.22 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB&T | Unsecured | 30.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB&T | Unsecured | 234.00 | 234.00 | 234.00 | 0.00 | 0.00 |
| BRYANT STATE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARHOP AUTO SALES AND FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK(*) | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 0.00 | 2,292.56 | 2,292.56 | 0.00 | 0.00 |
| COMCAST++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SVCS/CPS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 0.00 | 810.18 | 810.18 | 0.00 | 0.00 |
| FAIR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FAIR | Secured | 17,629.00 | NA | 731.04 | 731.04 | 0.00 |
| FIGI'S | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FNCC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FSB BLAZE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HEIDELBERG BOROUGH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK NA** | Unsecured | 0.00 | 997.56 | 997.56 | 0.00 | 0.00 |
| KEYBANK NA** | Unsecured | 0.00 | 1,313.04 | 1,313.04 | 0.00 | 0.00 |
| KEYBANK NA** | Unsecured | 0.00 | 191.70 | 191.70 | 0.00 | 0.00 |
| LA ROCHE COLLEGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LOANDEPOT.COM | Secured | 104,125.00 | 107,549.66 | 0.00 | 4,845.26 | 0.00 |
| LOANDEPOT.COM | Secured | 0.00 | 9,101.18 | 9,101.18 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 832.01 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 0.00 | 832.01 | 832.01 | 0.00 | 0.00 |
| MONTGOMERY WARDS** | Unsecured | 231.94 | 236.57 | 236.57 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMER | Unsecured | 0.00 | 932.40 | 932.40 | 0.00 | 0.00 |
| PHFA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 424.00 | 424.97 | 424.97 | 0.00 | 0.00 |
| SPEEDWAY LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TBOM RETAIL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 0.00 | 652.63 | 652.63 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 271.49 | 271.49 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 685.50 | 685.50 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 0.00 | 1,557.91 | 1,557.91 | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| XCHANGE LEASING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $4,845.26 | $0.00 |
| Mortgage Arrearage | $9,101.18 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $731.04 | $731.04 | $0.00 |
| All Other Secured | $1,284.28 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,116.50** | **$5,576.30** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,073.94** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,239.70 |
| Disbursements to Creditors | $5,576.30 |
| **TOTAL DISBURSEMENTS** : | **$6,816.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/13/2020                    By: /s/ Ronda J. Winnecour
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**